JS-6

PETER C. ANDERSON
United States Trustee for Region 16
ABRAM S. FEUERSTEIN
Assistant United States Trustee
NANCY GOLDENBERG SBN167544
Trial Attorney
Department of Justice
Office of the United States Trustee
411 w. 4TH Street, Suite 7160
Santa Ana, CA 92701
Tel: (714) 338-3416
Email: nancy.goldenberg@usdoj.gov

RAMONA D. ELLIOTT
Deputy Director/General Counsel
P. MATTHEW SUTKO
Associate General Counsel
MELANIE D. HENDRY
Trial Attorney
Department of Justice
Executive Office for
United States Trustees
441 G Street, NW, Suite 6150
Washington, DC 20530
Tel: (202) 307-1399
Email: Melanie.D.Hendry@usdoj.gov

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

CARLOS A. PINEDA,

       Debtor.


JUDY GRAFTON,

       Appellant,

    v.

PETER C. ANDERSON AS UNITED
STATES TRUSTEE FOR REGION
16,

       Appellee.

District Court Case Number
5:19-cv-01958-JFW

Bankruptcy Court Case Number
6:19-bk-15535-WJ

**ORDER APPROVING
STIPULATION FOR
DISMISSAL OF APPEAL**

The Court having read and considered the Stipulation For Dismissal of Appeal filed on January 2, 2020  ("Stipulation") and with good cause shown,

**IT IS ORDERED:**

1.   The Stipulation is approved.

2.   The proceedings commenced on October 11, 2019, when Appellant Judy Grafton filed a notice of appeal of a bankruptcy court order captioned *JUDY GRAFTON v. PETER C. ANDERSON AS UNITED STATES TRUSTEE FOR REGION 16*, District Court Case No. 5:19-cv-01958-JFW, are dismissed with prejudice, with each side to bear their respective costs.

Dated:  January 3, 2020

_____
Hon. John F. Walter
United State District Judge